1  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON, Cal. Bar No. 174882
2  FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
   BRETT M. WEAVER, Cal. Bar No. 204715
3  DEREK J. WILSON, Cal. Bar No. 250309
   655 West Broadway, Suite 1400
4  San Diego, California 92101
   Telephone: 619/230-0063
5  Facsimile: 619/233-5535

6  Attorneys for Plaintiffs Brian Vaughn,
   Ron Dockswell and Miriam Logan
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 BRIAN VAUGHN, RON DOCKSWELL and  )  No. C0706197 VRW
   MIRIAM LOGAN, On Behalf of Himself and )  NOTICE OF VOLUNTARY DISMISSAL OF
11 All Others Similarly Situated,           )  PLAINTIFF RON DOCKSWELL FROM
                                            )  COMPLAINT
12                  Plaintiffs,             )
                                            )
13      vs.                                 )
                                            )
14 VERIFONE HOLDINGS, INC., DOUGLAS )
   G. BERGERON, and BARRY             )
15 ZWARENSTEIN,                       )
                                      )
16                  Defendants.       )
                                      )
17

18     NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiff RON

19 DOCKSWELL voluntarily dismisses himself as a named plaintiff in the above-captioned action

20 without prejudice. This voluntary dismissal is applicable only to Plaintiff RON DOCKSWELL, and

21 has no effect on the claims by Plaintiffs BRIAN VAUGHN and MIRIAM LOGAN on behalf of

22 themselves and all others similarly situated against VERIFONE HOLDINGS, INC., DOUGLAS G.

23 BERGERON, and BARRY ZWARENSTEIN.

24 Dated: December 12, 2007

25
                                              /s/ Francis A. Bottini, Jr.
26                                         FRANCIS A. BOTTINI, JR.

27                                         Attorney for Plaintiffs Brian Vaughn, Ron
                                           Dockswell and Miriam Logan
28

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF RON DOCKSWELL FROM COMPLAINT