1  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON, Cal. Bar No. 174882
2  FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
   BRETT M. WEAVER, Cal. Bar No. 204715
3  DEREK J. WILSON, Cal. Bar No. 250309
   655 West Broadway, Suite 1400
4  San Diego, California 92101
   Telephone: 619/230-0063
5  Facsimile: 619/233-5535

6  Attorneys for Plaintiffs Brian Vaughn,
   Ron Dockswell and Miriam Logan
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 BRIAN VAUGHN, RON DOCKSWELL and     )   No. C0706197 VRW
   MIRIAM LOGAN, On Behalf of Himself and )  PROOF OF SERVICE
11 All Others Similarly Situated,      )
                                       )
12                 Plaintiffs,         )
                                       )
13      vs.                            )
                                       )
14 VERIFONE HOLDINGS, INC., DOUGLAS    )
   G. BERGERON, and BARRY              )
15 ZWARENSTEIN,                        )
                                       )
16                 Defendants.         )
                                       )
17

18      I am employed in the County of San Diego; I am over the age of eighteen years and not a

19 party to the within entitled action; my business address is 655 West Broadway, Suite 1400, San

20 Diego, CA 92101.

21      On December 12, 2007, I served a copy of the following document:

22  **1. NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF RON DOCKSWELL
       FROM COMPLAINT**

23 ☐   [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid for first-
24      class mail, for collection and mailing at Johnson Bottini, LLP, San Diego, California,
        following ordinary business practices. I am familiar with the firm's practice for collection
25      and processing of correspondence, said practice being that in the ordinary course of business,
        correspondence is deposited in the United States Postal Service the same day as it is placed
26      for collection.

27 ☐   [BY FACSIMILE] The document stated herein was transmitted by facsimile transmission
28      and the transmission was reported as complete and without error. A transmission report was

- 1 -
PROOF OF SERVICE

properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

☐ [BY OVERNIGHT MAIL] I placed each such sealed Federal Express envelope, with a pre-paid airbill attached thereto and delivered the envelope to a Federal Express agent for delivery.

☐ [BY PERSONAL SERVICE] By causing the documents described above to be delivered by hand on this date before 5:00pm.

☐ [BY ELECTRONIC MAIL]: My electronic business address is trisha@johnsonbottini.com and I caused such document(s) to be electronically mailed.

☒ [BY ELECTRONIC ACCESS): Pursuant to the Court's CM/ECF Electronic Filing policies and procedures, I hereby certify that the above documents were electronically filed with the Court who will give notification of the filing to all Filing Parties in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true correct and true.  Executed on December 12, 2007, at San Diego, California.

                                                  /s/ Francis A. Bottini, Jr.
                                                  FRANCIS A. BOTTINI, JR.

Attorney for Plaintiffs Brian Vaughn, Ron Dockswell and Miriam Logan