JOHNSON BOTTINI, LLP
FRANK J. JOHNSON, Cal. Bar No. 174882
FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
BRETT M. WEAVER, Cal. Bar No. 204715
DEREK J. WILSON, Cal. Bar No. 250309
655 West Broadway, Suite 1400
San Diego, California  92101
Telephone:  619/230-0063
Facsimile:  619/233-5535

Attorneys for Plaintiffs Brian Vaughn,
Ron Dockswell and Miriam Logan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                Defendants. | No. C0706197 VRW<br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF RON DOCKSWELL FROM COMPLAINT |

*[Court seal: "IT IS SO ORDERED" signed by Judge Vaughn R Walker, United States District Court Northern District of California]*

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiff RON DOCKSWELL voluntarily dismisses himself as a named plaintiff in the above-captioned action without prejudice.  This voluntary dismissal is applicable only to Plaintiff RON DOCKSWELL, and has no effect on the claims by Plaintiffs BRIAN VAUGHN and MIRIAM LOGAN on behalf of themselves and all others similarly situated against VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN.

Dated:  December 12, 2007

                                        /s/ Francis A. Bottini, Jr.
                                   FRANCIS A. BOTTINI, JR.

                          Attorney for Plaintiffs Brian Vaughn, Ron Dockswell and Miriam Logan

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF RON DOCKSWELL FROM COMPLAINT