AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>December 17, 2007 |
| Name of SERVER<br>Louis Gutierrez | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
2099 Gateway Place, Suite 600
San Jose, CA 95110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $56.48 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 23, 2008
                        Date

Signature of Server

917 W. Grape St., San Diego, CA
Address of Server
                                    92101

(619) 685-1122

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure