AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | December 17, 2007 |
| Name of SERVER<br>Louis Gutierrez | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Katherine Stephens
2099 Gateway Place
Suite 600
San Jose, CA 95110

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $96.48 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 23, 2008
              Date

Signature of Server

917 W. Grape St., San Diego, CA 92101
Address of Server

(619) 685-1122

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure