1  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON, Cal. Bar No. 174882
2  FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
   BRETT M. WEAVER, Cal. Bar No. 204715
3  DEREK J. WILSON, Cal. Bar No. 250309
   655 West Broadway, Suite 1400
4  San Diego, California 92101
   Telephone: 619/230-0063
5  Facsimile: 619/233-5535

6  Attorneys for Plaintiffs Brian Vaughn and Miriam Logan

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 IN RE VERIFONE HOLDINGS, INC. SEC.  )   No. 3:07-cv-06140 MHP
   LITIG.                              )
11                                     )   NOTICE OF VOLUNTARY DISMISSAL OF
                                       )   COMPLAINT BY PLAINTIFFS BRIAN
12                                     )   VAUGHN AND MIRIAM LOGAN
                                       )
13 THIS DOCUMENT RELATES TO:           )
                                       )
14 Case No. 3:07-cv-06197 (Vaughn)     )
                                       )
15                                     )
                                       )
16                                     )

17
18         NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a)(1), Brian Vaughn and

19 Miriam Logan, Plaintiffs in Case No. 3:07-cv-06197, voluntarily dismiss their complaint in the

20 above-captioned action without prejudice.

   Dated: March 7, 2008
21

22                                              /s/ Francis A. Bottini, Jr.
                                              FRANCIS A. BOTTINI, JR.
23
                                        Attorney for Plaintiffs Brian Vaughn and
24                                      Miriam Logan

25

26              3/18/2008

27

28

                              - 1 -
   NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFFS VAUGHN AND LOGAN

IT IS SO ORDERED
Judge Marilyn H. Patel